LAW LIBRARY

**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

NO. 30477

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

K. HAMAKADO
CLERK, APPELLATE COURTS
STATE OF HAWAI'I

2010 AUG 26 PM 3:40

FILED

VESTAL KEITH SIMEONA, Petitioner-Appellant,
STATE OF HAWAI'I, Respondent-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(S.P.P. NO. 09-1-0063; CR. NO. 09-0311)

ORDER GRANTING PETITIONER-APPELLANT
VESTAL KEITH SIMEONA'S REQUEST TO WITHDRAW HIS APPEAL
(By: Foley, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon consideration of Petitioner-Appellant Vestal Keith Simeona's letter dated July 19, 2010 and filed August 9, 2010 seeking leave to withdraw his appeal, the papers in support, and the records and files herein,

IT IS HEREBY ORDERED that Appellant's request to withdraw his appeal is granted, and this appeal is dismissed.

DATED: Honolulu, Hawai'i, August 26, 2010.

Presiding Judge

Associate Judge

Associate Judge